

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-21-00038-CV

**IN THE INTEREST OF R.H.B. AND C.D.B, CHILDREN**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The clerk's record and the reporters records from Tracy Ray Plummer and Maria Fattahi were originally due on February 18, 2021. On February 9, 2021, Ms. Plummer filed a Notification of Extension Request stating she has not yet been paid for her records. On February 22, 2021, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than March 5, 2021** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. <u>If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution</u>. *See* TEX. R. APP. P. 37.3(b).

It is further ORDERED that appellant provide written proof to this court **no later than March 5, 2021** that either (1) Ms. Plummer's reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying Ms. Plummer's reporter's fee. If appellant fails to respond within the time provided, this court will consider only those issues or points raised in appellant's brief that do not require a reporter's record from Ms. Plummer for a decision. See Tex. R. App. P. 37.3(c).

Appellant's motion to extend time to file a notice of appeal is held in abeyance pending filing the clerk's record.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2021.



MICHAEL A. CRUZ, Clerk of Court